# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDLOR PROPERTIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMGUARD INSURANCE COMPANY, a Pennsylvania Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:24-cv-05475-MWC(AGRx)<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendant's Motion for Summary Judgment [Dkt. 27]" filed on December 30, 2024, and in accordance with Rules 56 and 58 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** Defendant AmGUARD Insurance Company shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Plaintiff Sandlor Properties, Inc.  Plaintiff Sandlor Properties, Inc. shall take nothing by way of its Complaint.  This action is

\ \ \

**DISMISSED**.  AmGUARD shall recover from Plaintiff costs of suit (other than attorney's fees) pursuant to Rule 54(d).

Dated:  January 6, 2025                  By: _____
                                              Hon. Michelle Williams Court
                                              United States District Judge